IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MACEY TURLEY, JR.,** | Case No. 1:23-cv-00596 CDB |
| Plaintiff, | **ORDER** |
| v. | |
| **ELEFANTE,** | |
| Defendant. | |

**GOOD CAUSE APPEARING, IT IS ORDERED** that Defendant's motion to excuse Defendant from personally attending the early, post-screening settlement conference in this case is **GRANTED**.  The individual Defendant does not need to attend the October 22, 2024 settlement conference.

IT IS SO ORDERED.

Dated:  **September 28, 2024**           /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28