**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MACEY E. TURLEY, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>ELMANTE,<br><br>  Defendant. | Case No. 1:23-cv-00596 JLT CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PROSECUTE AND TO OBEY COURT ORDERS AND LOCAL RULES<br><br>(Doc. 42) |

Plaintiff Macey E. Turley, Jr. is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c).

After the deadline by which Plaintiff was required to respond to Defendant Elmante's pending motion for summary judgment (Doc. 38) passed and Plaintiff had not filed any response, sought an extension, or otherwise explained the delinquency, on December 5, 2025, the assigned magistrate judge ordered Plaintiff to show cause in writing within 14 days of service of the order (*i.e.*, by December 22, 2025, *see* Fed. R. Civ. P. 6(d)) why sanctions should not be imposed for his failure to file an opposition or statement of non-opposition to Defendant's pending motion. (Doc. 39.) (citing *inter alia* Local Rule 230(l)). The Court provided Plaintiff the option of complying by filing within that same time an opposition or statement of non-opposition to Defendant's pending motion. (*Id.* at 3.) Plaintiff was forewarned that "**[a]ny failure by Plaintiff**

**to respond to this Order will result in a recommendation to dismiss this action for failure to obey court orders and failure to prosecute**." (*Id.* (emphasis original).)

Following Plaintiff's failure to file a response to the order to show cause or an opposition or statement of non-opposition to Defendant's motion for summary judgement, on January 8, 2026, the assigned magistrate judge issued findings and recommendations to dismiss this action without prejudice for Plaintiff's failure to prosecute and to obey Court orders and the Local Rules. (Doc. 42.) (citing *inter alia* Local Rule 230(l)). Plaintiff was informed that any objections to the findings and recommendations were due in 14 days and that failure to file objections within the specified time "may result in the waiver of certain rights on appeal." (*Id.* at 5 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)) No objections were filed and the time to do so has now passed.

According to 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on January 8, 2026 (Doc. 42) are **ADOPTED** in full.

2. This action is **DISMISSED** without prejudice for Plaintiff's failure to prosecute this case and to comply with court orders and the Local Rules.

3. The Clerk of the Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

Dated:   **February 4, 2026**

UNITED STATES DISTRICT JUDGE

2